IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED SEP 19 '05 PM 1 21 USDCALS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | Civil Action No. 05-0530-D |
| v. | COMPLAINT |
| HOUSE OF PHILADELPHIA CENTER, INC. | JURY TRIAL DEMAND |
| Defendant. | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Sharonda Griffin who was adversely affected by such practices. The Commission alleges that the Defendant discriminated against Sharonda Griffin because of her sex, female.

1

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to §§ 703, 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2(a), 42 U.S.C. § 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Section 1981A.

2. The unlawful employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of Alabama, Southern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by § 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, the Defendant, House of Philadelphia Center, Incorporated ("House of Philadelphia" or the "Employer") has continuously been doing business in the State of Alabama and the city of Irvington, and has continuously had at least 15 employees.

5. At all relevant times, the Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Sharonda Griffin filed a Charge of Discrimination with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least October 15, 2004, Defendant has engaged in unlawful employment practices at its Irvington, Alabama, facility in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a). In particular, Defendant discharged Sharonda Griffin because she was pregnant.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Sharonda Griffin of equal employment opportunities and otherwise adversely affected her status as an employee, because of her sex, female.

9. The unlawful employment practices complained of in paragraphs 7 and 8 above were intentional.

10.  The unlawful employment practices complained of in paragraphs 7, 8 and 9 above were done with malice or with reckless indifference to the federally protected rights of Sharonda Griffin.

## **PRAYER FOR RELIEF**

**WHEREFORE**, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining the Defendant Employer, its officers, agents, successors, assigns and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the basis of sex.

B.  Order the Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for all of its employees regardless of sex and which eradicate the effects of its past and present unlawful employment practices.

C.  Order the Defendant to make whole Sharonda Griffin by providing appropriate relief, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.  Order Defendant Employer to make whole Sharonda Griffin by providing her with compensation for non-pecuniary losses resulting from the unlawful employment practices described in paragraphs 7, 8 and 9 above, including pain and

suffering, emotional distress, humiliation, isolation, depression, and loss of enjoyment of life, in amounts to be determined at trial.

E. Order Defendant Employer to pay Sharonda Griffin punitive damages for its malicious and reckless conduct described in paragraphs 7, 8 and 9 above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

G. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

                                                Respectfully submitted,

                                                JAMES L. LEE
                                                Deputy General Counsel

                                                GWENDOLYN YOUNG REAMS
                                                Associate General Counsel

                                                EQUAL EMPLOYMENT OPPORTUNITY
                                                          COMMISSION
                                                1801 "L" Street, N.W.
                                                Washington, DC   20507

s/ Charles E. Guerrier
_____
CHARLES E. GUERRIER
Regional Attorney
Ohio State Bar ID #0023546


s/ Mason D. Barrett
_____
MASON D. BARRETT
Senior Trial Attorney
Colorado State Bar ID #21309



EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
1130 22nd Street South, Suite 2000
Birmingham, Alabama 35205-2886
Telephone: (205) 212-2047
Facsimile: (205) 212-2041